# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

DOUGLAS JACKSON
PLAINTIFF,

CASE No. 2:20-CV-00170

HON. ROBERT J. JONKER

V

DAIVD PYNNONEN ET AL,
DEFENDANT(S).

FILED - MQ
June 15, 2021 9:23 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mlc  SCANNED BY: /

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN, THAT PLAINTIFF DOUGLAS JACKSON, IN PRO SE, APPEALS TO THE U.S. COURT OF APPEALS FOR THE SIXTH CIRCUIT FROM THE U.S. DISTRICT COURT'S JUNE 4, 2021, ORDER, WHICH WAS RECEIVED BY JACKSON ON JUNE 10, 2021, BECAUSE THE DISTRICT COURT ABUSED ITS DISCRETION, AND REFUSED TO ENFORCE THE UNITED STATES CONSTITUTION PROTECTIONS AND GUARANTEES.

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

DOUGLAS JACKSON
PLAINTIFF,

CASE No. 2:20-CV-00170
HON. ROBERT J. JONKER

V

DAVID PYNNONEN ET AL.,
DEFENDANT(S).

## PROOF OF SERVICE

I AFFIRM AND SAY THAT ON JUNE/ADAR 10, 2021, I SERVED ONE COPY OF: NOTICE OF APPEAL, UPON ASSISTANT ATTORNEY GENERAL JOSEPH Y. HO P.O. BOX 30217 LANSING, MICHIGAN 48909 BY PLACING IN AN UNSEALED ENVELOPE ADDRESSED TO SAME AND HANDING TO PRISON OFFICIALS FOR SUFFICIENT PREPAID FIRST-CLASS POSTAGE AND PLACEMENT IN THE U.S. MAIL BOX.

DATED ON: JUNE/ADAR 11, 2021

S/ DOUGLAS JACKSON
MDOC# 748757
BARAGA CORR. FAC.
13924 WADAGA RD
BARAGA, MI 49908

Prisoner Name: MR. JACKSON, DOUGLAS
Prisoner Number: 748757
BARAGA CORRECTIONAL FACILITY
13924 Wadaga Road
Baraga, MI 49908-9204



OFFICE OF THE CLERK
U.S. DISTRICT COURT
202 W. WASHINGTON ST.
MARQUETTE, MI 49855

LEGAL MAIL