UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DOUGLAS CORNELL JACKSON,

    Plaintiff,

v.

UNKNOWN PYNNONEN, et al.,

    Defendants.

_____/

Case No. 2:20-cv-170

Hon. Hala Y. Jarbou

# ORDER

On November 22, 2021, after holding an evidentiary hearing on the issue of exhaustion, Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R&R) recommending that the Court dismiss Plaintiff's complaint for failure to exhaust his administrative remedies. (ECF No. 119.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired.[1] On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 119) is **APPROVED** and **ADOPTED** as the opinion of the Court.

A judgment will enter consistent with this order.

Dated: January 11, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE

---

[1] After Plaintiff requested additional time to respond to the R&R, the Court gave him until December 20, 2021, to file objections. He did not meet the extended deadline.